DOWNEY BRAND LLP
ELIZABETH B. STALLARD (Bar No. 221445)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:	916.444.1000
Facsimile:	916.444.2100
estallard@downeybrand.com

Attorneys for Defendants
ROSS F. CARDINALLI, JR.; CECELIA CARDINALLI; and STOCKTON MORTGAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSS F. CARDINALLI, JR.; CECELIA CARDINALLI; STOCKTON MORTGAGE, INC., a California Corporation; and DOES 1-10,<br><br>    Defendants. | Case No.  2:15-cv-02205-MCE-DAD<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Having considered the Stipulation of the Parties (ECF No. 7) and for good cause appearing, it is HEREBY ORDERED as follows:

Defendants ROSS F. CARDINALLI, JR., CECELIA CARDINALLI, and STOCKTON MORTGAGE, INC. (collectively "Defendants") may file their responsive pleadings to Plaintiff's Complaint on or before February 5, 2016.

IT IS SO ORDERED.

Dated:  January 11, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT