UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

ROSS F. CARDINALLI, JR.; CECELIA CARDINALLI; STOCKTON MORTGAGE, INCORPORATED, a California Corporation; and Does 1-10,

    Defendants.

Case No.: 2:15-CV-02205-MCE-CKD

**ORDER**

### **ORDER**

Pursuant to the parties' Notice of Settlement (ECF No. 15), the Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

IT IS SO ORDERED.

Dated: June 13, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE